UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

| | |
|---|---|
| RYAN O'DELL, | : |
| | : |
| Plaintiff, | : Civil Action No. 1:23-cv-04189-VM |
| | : |
| v. | : |
| | : |
| NATIONAL INSTRUMENTS CORPORATION, MICHAEL MCGRATH, ALEXANDER DAVERN, ERIC STARKLOFF, DUY-LOAN LE, GERHARD FETTWEIS, PH.D., JAMES CASHMAN, III, LIAM GRIFFIN, and GAYLA DELLY, | : |
| | : |
| Defendants. | : |

--------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ryan O'Dell hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: New York, New York
      July 6, 2023

                                                **WOLF HALDENSTEIN ADLER**
                                                **FREEMAN & HERZ LLP**

                            By:    /s/ Benjamin Y. Kaufman
                                     Benjamin Y. Kaufman
                                     270 Madison Avenue
                                     New York, New York 10016
                                     kaufman@whafh.com
                                     Tel: (212) 545-4600

814588

                                     *Attorneys for Plaintiff Ryan O'Dell*